454 A.2d 173

Commonwealth v. McCowin, Sr., Appellant.

Argued September 23, 1981. Daniel W. Shoemaker, for appellant; Sheryl Ann Dorney, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

The order of the learned York County Common Pleas Court Judge Emanuel A. Cassimatis is affirmed.

December 23, 1982.

454 A.2d 171

Commonwealth v. Alford, Appellant.

Petition for Allowance of Appeal
Denied March 22, 1983.

Submitted March 31, 1982. Douglas M. Johnson, Public Defender, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.